# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1222

_____

United States of America

*Plaintiff - Appellee*

v.

Patrick Eugene Allen

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: August 5, 2014
Filed: August 7, 2014
[Unpublished]
_____

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Patrick Allen directly appeals the sentence the district court[1] imposed after he pled guilty to a drug offense. His counsel has moved to withdraw, and has filed a

_____

[1]The Honorable James Moody, Jr., United States District Judge for the Eastern District of Arkansas.

brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that Allen's below-Guidelines-range sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Lazarski*, 560 F.3d 731, 733 (8th Cir. 2009) (substantive reasonableness of sentence is reviewed for abuse of discretion; where district court varied downward from Guidelines range, it was "nearly inconceivable" that court abused its discretion in not varying downward further). In addition, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, we affirm.

As for counsel's motion to withdraw, we conclude that allowing counsel to withdraw at this time would not be consistent with the Eighth Circuit's 1994 Amendment to Part V of the Plan to Implement the Criminal Justice Act of 1964. We therefore deny counsel's motion to withdraw as premature, without prejudice to counsel refiling the motion upon fulfilling the duties set forth in the Amendment.

_____